## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON THOMAS,<br><br>        Petitioner,<br><br>        v.<br><br>FRANCISCO J. QUINTANA, Warden,<br><br>        Respondent. | NO. CV 10-2898 DDP (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: 5/28, 2010.

*/s/ Dean D. Pregerson*

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE