# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON THOMAS, | NO. CV 10-2898 DDP (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| FRANCISCO J. QUINTANA, Warden, | |
| Respondent. | |

IT IS ADJUDGED that Ground Three of the above-captioned action is dismissed with prejudice and Grounds One, Two and Four are dismissed without prejudice.

DATED: 5/29/2013

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE